UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

v.

Ike Hall,

Defendant.
_________________________________/

Case: 2:26−cr−20654
Assigned To : Grey, Jonathan J.C.
Referral Judge: Grand, David R.
Assign. Date : 10/2/2026
Description: INFO USA v. Hall (jo)

Violation: 18 U.S.C. § 751

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

**Escape - 18 U.S.C. § 751**

On or about November 25, 2025, in the Eastern District of Michigan, Southern Division, the defendant, IKE HALL, did knowingly escape from the custody of Cherry Street Services, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Eastern District of Michigan upon conviction for the commission of possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a), in violation of Title 18 U.S.C. § 751.

JEROME F. GORGON JR.
United States Attorney

*/s/ Thomas Franzinger*
Thomas Franzinger
Chief, Organized Crime Unit

Dated: October 2, 2026

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ **Yes** ☒ **No** | **AUSA's Initials:** s/TF |

**Case Title:** USA v. Ike Hall

Case: 2:26−cr−20654
Assigned To : Grey, Jonathan J.C.
Referral Judge: Grand, David R.
Assign. Date : 10/2/2026
Description: INFO USA v. Hall (jo)

**County where offense occurred :** Wayne

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 25-mj-30769 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ____________________ **Judge:** ____________________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 2, 2026
Date

s/Thomas Franzinger

Thomas Franzinger
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9774
E-Mail address: Thomas.Franzinger2@usdoj.gov
Attorney Bar #: DC1005000

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.